GEOFFREY BOND et al., Respondents, v THOMAS A. TURNER et al., Appellants, and VILLAGE OF LAKEWOOD, Respondent.

Submitted September 17, 2012; decided November 20, 2012

Motion for leave to appeal dismissed upon the ground that simultaneous appeals do not lie to both the Appellate Division and the Court of Appeals (see Parker v Rogerson, 35 NY2d 751, 753 [1974]).

EXPEDIA, INC., et al., Respondents, et al., Plaintiffs, v CITY OF NEW YORK DEPARTMENT OF FINANCE et al., Appellants.

Submitted July 2, 2012; decided November 20, 2012

Motion for leave to appeal denied upon the ground that an appeal lies as of right (see CPLR 5601 [b] [1]).

KELLY A. HERR, Appellant, v JAMES E. HERR, Respondent.

Submitted August 27, 2012; decided November 20, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

MARGUERITE JAMES, Appellant, v DAVID WORMUTH, M.D., et al., Respondents.

Submitted October 15, 2012; decided November 20, 2012

Motion to dismiss appeal denied.